IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 1:07cr272-WC |
| | ) | [18 U.S.C. 641] |
| v. | ) | |
| | ) | |
| ALISSA MARIE MCBRYDE | ) | INFORMATION |

The United States Attorney charges that:

On or about the 23rd of May 2007, at Fort Rucker, Alabama, in the Middle District of Alabama, ALISSA MARIE MCBRYDE did knowingly steal, purloin, conceal and retain, with intent to convert to her use and use of another, a thing of value of the United States Government, valued at $1,000.00 or less, to wit: a pair of Adidas Sports Shorts, a Polo long sleeve T-shirt, and a Nike long sleeve T-shirt in violation of Title 18, Section 641, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

STATE OF ALABAMA        )        AFFIDAVIT
                        )
DALE COUNTY             )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. Investigation revealed that at approximately 19:42 to 19:45 to P.M., May 23rd, 2007, Linda Scott, a PX security employee, observed through video surveillance, a woman pick up a pair of Adidas Sport shorts, a Polo long sleeve T-shirt, and a Nike long sleeve T-shirt and conceal them in her purse. The woman left the store without rendering proper payment for the items. The woman was identified as ALISSA MARIE MCBRYDE. MCBRYDE was apprehended and transported to the MP Station for further processing. The cost of the three items was valued at $60.00 and the three items were later returned to the PX.

ROGELIO JUAREZ, SGT, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this _10_ day of _OCT_ 2007.

NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS