IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO.  1:07cr272-WC |
| | ) | |
| ALISSA MARIE MCBRYDE | ) | |

## ORDER ON MOTION

On December 17, 2007, the defendant, ALISSA MARIE MCBRYDE, filed a motion for appointment of counsel.  Upon further review, the court finds that the defendant, ALISSA MARIE MCBRYDE, is eligible for the appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A.  Therefore, it is

ORDERED that the motion is GRANTED.  The Clerk shall appoint the Public Defender to represent the defendant for all further proceedings.  The Public Defender shall file a notice of appearance in the above-styled case.

Date:   December 17, 2007

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE