COURTROOM DEPUTY MINUTES  DATE: 1/8/2008
MIDDLE DISTRICT OF ALABAMA

DIGITAL RECORDING: 11:02 - 11:03

☐ INITIAL APPEARANCE  4:55 - 4:57
☐ DETENTION HEARING
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT
☐ ARRAIGNMENT on SUPERSEDING INDICTMENT
☐ PRELIMINARY EXAMINATION

---

**PRESIDING MAG. JUDGE** WALLACE CAPEL, JR  **DEPUTY CLERK:** Wanda A. Robinson

**CASE NO.** 1:07cr272-WC  **DEFT. NAME:** Alissa Marie McBryde

**USA:** Nathan Golden  **ATTY:** Donnie Bethel

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

**USPTSO/USPO:** Bob Pitcher

Defendant _____ does _____ does NOT need an interpreter; NAME _____

---

☐ Kars.  Date of Arrest _____  or  karsr 5
☐ kia.  Deft. First Appearance. Advised of rights/charges.  ☐ Pro/Sup Rel Violator
☐ Finaff.  Financial Affidavit executed ☐ to be obtained by PTS;  ☐ **ORAL** Motion for Appt. Of Counsel.
☐ koappted  **ORAL ORDER** appointing Federal Defender  -  **Notice to be filed.**
☐ 20appt.  Panel Attorney Appointed;  ☐ to be appointed - prepare voucher
☐  Deft. Advises he will retain counsel.  Has retained _____
☐  Government's **ORAL** (kgoralm.) Motion for Detention Hrg.  ☐ To be followed by written motion;
☐  Government's **WRITTEN** Motion for Detention Hrg. filed.
☐  **DETENTION HRG** ☐ held; ☐ set for _____;  ☐ **Prelim. Hrg** ☐ Set for _____
☐ kotempdtn.  **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered
☐ kodtn.  **ORDER OF DETENTION PENDING TRIAL** entered
☐ kocondrls.  Release order entered.  ☐ Deft. advised of conditions of release.
☐ kbnd.  ☐ **BOND EXECUTED** (M/D AL charges) $ _____  Deft released (kloc LR)
    ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered
☐ Loc.(LC)  Bond **NOT** executed. Deft to remain in Marshal's custody
☐ ko.  Deft. **ORDERED REMOVED** to originating district
☐ kwvprl.  Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing)
☐  Court finds **PROBABLE CAUSE.** Defendant **HELD.** Plea of **NOT GUILTY** entered.
    **ARRAIGNMENT HELD. PLEA OF NOT GUILTY ENTERED**
    Trial Term _____; ☐ **PRETRIAL CONFERENCE DATE:** _____
    **DISCOVERY DISCLOSURES DATE:** _____
☐ Krmknn.  **NOTICE** to retained Criminal Defense Attorney handed to Counsel
☐ krmvhrg.  Identity/Removal Hearing set for _____
☐ Kwvspt  **Waiver of Speedy Trial Act Rights Executed**.

**11:02 - 11:03** IA and ARRAIGNMENT NOT HELD; COURT ORDERED BENCH WARRANT
**4:55 - 4:57** Defendant appeared before the Court but was not arraigned because defense counsel was not available; Court Withdrew the ORDER for BENCH WARRANT; ARRAIGNMENT will be reset for 3/11/08 @ 10:00 a.m.