IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | CR. NO.1:07cr272-WC |
| ) | |
| ALISSA MARIE MCBRYDE    ) | |

**ORDER**

Defendant, ALISSA MARIE McBRYDE, has not been arraigned on the pending information due to her late appearance at the previously scheduled arraignment docket. Accordingly, it is

ORDERED that arraignment for this defendant be and is hereby set for March ll, 2008 at 10:00 a.m. in Room 342, Soldier Service Center, Building 5700, Fort Rucker, AL 36362.

Defendant is ordered to be present at the designated time for arraignment.

DONE this 9th day of January, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE