UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| )                            | |
| v.                         ) | Case No. 1:07-CR-00272-WC |
| )                            | |
| ALISSA MARIE MCBRYDE       ) | |

## MOTION FOR TELEPHONIC PRETRIAL CONFERENCE

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to allow for a telephonic pretrial conference between 10:30 A.M. and 12:00 P.M. in the above-styled case, scheduled for April 14, 2008, at 9:00 A.M., and as grounds would show unto the court the following:

1. The undersigned Special Assistant United States Attorney is assigned to Fort Rucker, Alabama, and transportation to and from Montgomery would require costs to the United States Government that would be greatly reduced if handled telephonically.

2. The undersigned Special Assistant United States Attorney would coordinate for a three-way telephonic conference between the Court and defense counsel.

3. Counsel for the defendant has no objection to this motion.

WHEREFORE, premises considered, the United States respectfully requests that this Honorable Court allow for a telephonic pretrial conference between 10:30 A.M. and 12:00 P.M.

Respectfully submitted this the 10th day of April, 2008.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY


/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00272-WC |
| | ) | |
| **ALISSA MARIE MCBRYDE** | ) | |

## CERTIFICATE OF SERVICE

     I hereby certify that on April 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Petersen, Attorney for Alissa Marie McBryde, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Alisa Marie McBryde.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg. 5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
E-mail: emily.ruisanchez@us.army.mil