IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00272-WC |
| | ) | |
| ALISSA MARIE MCBRYDE | ) | |

## MOTION FOR LEAVE TO DISMISS INFORMATION

Comes now the United States of America by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and moves the Court to dismiss the Information heretofore filed in the above-styled cause as to ALISSA MARIE MCBRYDE on the following grounds, to wit: Ms. McBryde signed a pre-trial diversion agreement on May 22, 2008.

Respectfully submitted this the 22nd day of May, 2008.

Respectfully submitted,

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Emily M. Ruisanchez
EMILY M. RUISANCHEZ
Special Assistant United States Attorney
Soldier Service Center, Bldg.5700
Fort Rucker, Alabama 36362
Telephone: (334) 255-9141
Fax: (334) 255-1869
Email: emily.ruisanchez@us.army.mil
Georgia Bar: 142573

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00272-WC |
| | ) | |
| **ALISSA MARIE MCBRYDE** | ) | |

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 22, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Petersen, Attorney for Alissa Marie McBryde, and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: Alissa Marie McBryde.

     Respectfully submitted,

     LEURA GARRETT CANARY
     UNITED STATES ATTORNEY

     /s/ Emily M. Ruisanchez
     EMILY M. RUISANCHEZ
     Special Assistant United States Attorney
     Soldier Service Center, Bldg. 5700
     Fort Rucker, Alabama 36362
     Telephone: (334) 255-9141
     Fax: (334) 255-1869
     E-mail: emily.ruisanchez@us.army.mil

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00272-WC |
| | ) | |
| ALISSA MARIE MCBRYDE | ) | |

**ORDER**

Upon consideration of the Motion for Leave to Dismiss Information heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED and DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of _____ 2008.


_____
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE