IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:07cr272-WC |
| | ) | |
| ALISSA MARIE McBRYDE | ) | |

## **ORDER ON MOTION**

For good cause, it is

ORDERED that the Government's Motion for Leave to Dismiss Information (Doc #20) is GRANTED.

DONE this 27th day of May, 2008.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE